UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

CARLOS ALBERTO RODELO ECHAVEZ                    CASE NO.  1:26-CV-01072 SEC P
#A240-413-421

VERSUS                                           JUDGE S. MAURICE HICKS, JR.

WARDEN WINN CORRECTIONAL CENTER                  MAGISTRATE JUDGE LEBLANC
ET AL

**MEMORANDUM ORDER**

Before the court is a petition for writ of habeas corpus filed on April 7, 2026.  Upon review of

the record, the Court finds that the plaintiff's suit is not in proper form for the following reasons:

The plaintiff failed to sign the petition.  **Plaintiff must provide a signed original petition.**

In accordance with the above,

**IT IS HEREBY ORDERED** that plaintiff, within thirty (30) days of the date of this order,

amend the pleadings by submitting the information indicated above to the following address: **Clerk of**

**Court, 300 Fannin Street, Suite 1167, Shreveport, LA 71101-3083.**

**FAILURE TO AMEND THE PLEADINGS AS INDICATED ABOVE WILL RESULT IN THE PLEADINGS IN THE INSTANT PETITION BEING STRICKEN FROM THE RECORD.**

THUS DONE in Chambers on this 17th day of April, 2026.

Thomas P. LeBlanc
United States Magistrate Judge

w/Enclosures to plaintiff: Doc 1 Petition (Signature Page)